**Fill in this information to identify the case:**

Debtor name: Post Oak TX , LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Wilson Fire Equipment<br>7303 Empire Central Dr.<br>Houston, TX, 77040-3214 | 713-896-4747 | Services | | | | 81,810.87 |
| 2 | Hilton Management LLC<br>9336 Civic Center Drive<br>Beverly Hills, CA, 90210 | | Services | | | | 54,949.04 |
| 3 | Venice Flooring & Remodeling<br>4740 Ingersoll Street, #101<br>Houston, TX, 77027 | 832-888-7700 | Suppliers or Vendors | | | | 49,764.50 |
| 4 | Ace Parking Management Inc<br>645 Ash Street<br>San Diego, CA, 92101 | | Services | | | | 39,062.52 |
| 5 | Sysco Food Services of Houston<br>10710 Greens Crossing Blvd<br>Houston, TX, 77038-2716 | | Suppliers or Vendors | | | | 26,679.82 |
| 6 | Guest Supply Inc<br>P.O. Box 6771<br>Somerset, NJ, 08875 | | Suppliers or Vendors | | | | 18,164.52 |
| 7 | City of Houston<br>P.O. Box 1560<br>Houston, TX, 77251-1560 | 713-371-1400 | Utility Services | | | | 17,760.34 |
| 8 | Amadeus Hospitality Americas Inc<br>29618 Network Place<br>Chicago, IL, 60673-1296 | | Services | | | | 16,820.06 |

Debtor: Post Oak TX , LLC

Case number (*if known*): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Ryan LLC<br>P.O. Box 848351<br>Dallas, TX, 75284-8351 | 934-0022 | Services | | | | 14,082.88 |
| 10 | Safe Step Inc<br>4385 Fountain Hills Drive NE<br>Suite 201<br>Prior Lake, MN, 55372 | | Services | | | | 13,668.18 |
| 11 | LG Fullfillment<br>1102 A1A N.<br>Suite 205<br>PonteVerda Beach, FL, 32082-4098 | | Suppliers or Vendors | | | | 13,033.30 |
| 12 | D2R Linen Inc<br>5710 Bridge Forest Drive<br>Houston, TX, 77088 | | Services | | | | 10,901.60 |
| 13 | Encore<br>23918 Network Place<br>Chicago, IL, 60673-1239 | | Services | | | | 5,581.01 |
| 14 | Cvent Inc<br>P.O. Box 822699<br>Philadelphia, PA, 19182-2699 | | Services | | | | 5,023.74 |
| 15 | Allbridge LLC<br>P.O. Box 638671<br>Cincinnati, OH, 45263-8671 | | Telephone / Internet services | | | | 4,818.76 |
| 16 | Fintech<br>3109 W Dr Martin Luther King Jr Blvd.<br>Suite 200<br>Tampa, FL, 33607 | 800-572-0854 | Services | | | | 4,000.00 |
| 17 | Travelscape LLC<br>P.O. Box 847677<br>Dallas, TX, 75284-7677 | | Services | | | | 3,500.00 |
| 18 | Luminant Energy Company, LLC<br>P.O. Box 121036<br>Dept 1036<br>DALLAS, TX, 75312-1036 | 512-930-2668 | Services | | | | 3,337.68 |
| 19 | 1900 WLS-RE LP<br>4643 S Ulster<br>Suite 1500<br>Denver, CO, 80237 | | Services | | | | 3,301.65 |
| 20 | Johnson Controls Fire Protection LP<br>Dept CH 10320<br>Palatine, IL, 60055-0320 | 800-299-4377 | Services | | | | 2,504.56 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2